IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Cesar Galligani**<br>216 Oakridge Drive<br>York, PA 17403<br>　　　　**Plaintiff**<br><br>v.<br><br>**Northern Regional Police Department**<br>**Of York County, Pennsylvania**<br>1445 East Canal Road<br>Dover PA 17315<br><br>　　And<br><br>**Officer Mark E. Baker of**<br>**Northern Regional Police Department**<br>**Of York County, Pennsylvania**<br>1445 East Canal Road<br>Dover PA 17315<br><br>　　And<br><br>**District Attorney's Office of York County**<br>45 North George Street,<br>York, PA 17401<br><br>　　And<br><br>**Assistant District Attorney Connolly of**<br>**The District Attorney's Office of**<br>**York County, Commonwealth of PA.**<br><br>　　　　**Defendants** | Docket No. 1:10-CV-1136 |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' RULE 12 MOTION TO DISMISS

1. Denied.

2. Denied

3. Admitted.

4. Denied. See Counts IV and V, alleging the conspiracy to interfere with civil rights ("Conspiracy to Maliciously Prosecute"). Also see amended Complaint citing statute, referencing both 42 U.S.C. §1983 and §1985(3).

5. Denied.

6. Admitted. However Plaintiff points out the irrelevancy of Defendant's response, since this is not a claim filed before 1978.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court deny Defendant's Motion to Dismiss.

Respectfully Submitted,

Richard Oare, Esquire
1434 South George Street
York, Pennsylvania 17403
(717) 846-3000
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29 day of July, 2010, sent a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS to the following individuals via United States Mail, postage paid, addressed as follows:

Michael Flannelly, Esq
York County Solicitor
28 E. Market Street
York, PA 17401

Robert G. Hanna, Jr., Esq.
Lavery, Faherty, Young & Patterson, PC
225 Market Street, Suite 304
PO Box 1245
Harrisburg, PA 17108

_____
Richard Oare, Esquire
ID# 18631
1434 S. George Street
York, PA 17403
717-846-3000
Attorney for Plaintiff's