# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CESAR GALLIGANI,** | : | **CIVIL ACTION NO. 1:10-CV-1136** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **NORTHERN REGIONAL POLICE DEPARTMENT OF YORK COUNTY**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of November, 2010, upon consideration of plaintiff's amended complaint (Doc. 32), see FED. R. CIV. P. 15(a)(1)(A) (stating that "[a] party may amend its pleading once as a matter of course . . . before being served with a responsive pleading"), and of defendants Pennsylvania District Attorney's Office, and H. Stanley Robert's motion to dismiss plaintiff's complaint (Doc. 4), and of defendants Northern Regional Police Department of York County and Mark E. Baker's motion to dismiss plaintiff's complaint (Doc. 9), and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Defendants shall respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

2. The motions (Docs. 4, 9) to dismiss the complaint are DENIED as moot without prejudice.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge